IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TYRONE NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1293-CFC-LDH |
| | ) | |
| BRIAN EMIG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington on this 13ᵗʰ day of May in 2026, having considered the Report and Recommendation by United States Magistrate Judge Laura D. Hatcher filed on May 1, 2026 (D.I. 26), and having reviewed Plaintiff Tyrone Norwood's Objections (D.I. 27);

It is HEREBY ORDERED that:

1.  The Magistrate Judge's Report and Recommendation (D.I. 26) is **ADOPTED** and Plaintiff's Objections (D.I. 27) are **OVERRULED**.

2.  The Magistrate Judge's recommendation that Plaintiff be granted leave to file an amended pleading is **ADOPTED**. Plaintiff's Amended Complaint (D.I. 28) is accepted as timely filed and shall be deemed the operative pleading in this case, subject to further screening by the Magistrate Judge.

3.    The Complaint against the warden, medical director, head nurse, and VitalCore (D.I. 3) is **DISMISSED WITHOUT PREJUDICE**.

4.    Plaintiff's pending motions (D.I. 12; 18; 25) are **DENIED** without prejudice to renew once service on the appropriate Defendants has been accomplished.

_____
Chief Judge