IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TYRONE NORWOOD,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    C.A. No. 25-1293-CFC-LDH
                                         )
BRIAN EMIG, *et al.*,                    )
                                         )
            Defendants.                  )

## ORDER

At Wilmington on this 15th day of June in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Laura D. Hatcher

filed on May 26, 2026 (D.I. 32), and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.    The Magistrate Judge's Report and Recommendation (D.I. 32) is

      **ADOPTED**.

2.    The Amended Complaint against James T. Vaughn Correction

      Center's warden, medical director, and head nurse, and Delaware

Department of Correction medical director and VitalCore (D.I. 28) is

**DISMISSED WITH PREJUDICE**.

_____
Chief Judge